IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA SEGUI, individually and as Administrator Ad Prosequendeum of the Estate of JANIO PEDRO SALINAS, deceased, | : : : : : : | |
| Plaintiff, | : : | CIVIL ACTION No. 15-951 |
| v. | : : | |
| CSC SUGAR LLC, RANDSTADT NORTH AMERICA, L.P., WESTSIDE WELDING, INC., and XYZ COMPANY, INC., 1-25, | : : : : : : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 6th day of August, 2015, it is **ORDERED** that Defendant Randstad North America, L.P.'s Motion to Dismiss (ECF No. 10) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to:

1